JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ABRAMS,<br><br>    Plaintiff,<br><br>v.<br><br>BCMB1 TRUST, et al.,<br><br>    Defendants. | Case No. 2:23-cv-10636-MWF-E<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Action,

IT IS ADJUDGED that the action is dismissed with prejudice as to Defendants BCMB1 Trust and Planet Home Lending, LLC for failure to state a claim and dismissed without prejudice as to Defendant Susan Mikhaela for failure to prosecute.

DATED: February 26, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge